PDK/TFH

✓ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

2:09 pm, Oct 05 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ JJ _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH THE
MICROSOFT ACCOUNTS
accounting@hmasolutionsllc.com
michelle@hmasolutionsllc.com
sal@hmasolutionsllc.com
harriet@hmasolutionsllc.com
tiffany@hmasolutionsllc.com
renee@hmasolutionsllc.com:
THAT ARE STORED AT PREMISES
CONTROLLED AND HOSTED BY
MICROSOFT, CORP.

**Case No.**  23-mj-2389

### AFFIDAVIT IN SUPPORT OF AN
### APPLICATION UNDER RULE 41 FOR
### WARRANT TO SEARCH

I, Joshua T. Kimrey, a Special Agent with the United States Army Criminal Investigation

Division (Army CID), Major Procurement Fraud Field Office (MPFFO), being first duly sworn,

hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a warrant to search

information associated with certain accounts that are stored at premises owned, maintained,

controlled, or operated by Microsoft Corporation, One Microsoft Way, Redmond, WA 98052.

The information to be searched is described in the following paragraphs and Attachment A.

This affidavit is made in support of an application for a search warrant under 18 U.S.C. §

2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Microsoft to disclose to the government

copies of the information (including the content of communications) further described in Section

I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.      I am a Special Agent with the Army CID and have been so employed since September 2014.  I am currently assigned to the Washington Metro Fraud Resident Agency at Fort Belvoir, VA.  Prior to becoming a federal law enforcement officer in 2014, I was an active-duty Soldier in the United States Army.  I have attended and completed trainings in criminal investigations and contract fraud at the Federal Law Enforcement Training Center, to include the completion of the Procurement Fraud Investigation Training Program, Product Substitution Investigation Training Program, Suspension and Debarment Training Program, Defense Acquisition University (DAU) and various courses under the Association of Certified Fraud Examiners (ACFE).  Among other investigative responsibilities, I conduct investigations into alleged criminal violations relating to federal contract fraud. I conduct interviews, participate in the execution of search and arrest warrants, and gather evidence using various investigative techniques. Furthermore, I am the evidence custodian for the Atlantic Region, Army CID. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, and I am authorized to execute warrants issued under the authority of the United States.

3.      This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.      In my training and experience, I have learned that Microsoft provides a variety of on-line services, including electronic mail ("email") access, to the public. Microsoft also

provides support to third-party platforms to host specific email user accounts, such as GoDaddy.com ("GoDaddy"). Once an account is established through GoDaddy, Microsoft issues an email account, such as those listed in Attachment A. Subscribers obtain an account by registering with Microsoft or GoDaddy.  During the registration process, GoDaddy asks subscribers to provide basic personal information.  Therefore, the computers of Microsoft are likely to contain stored electronic communications (including retrieved and unretrieved email for GoDaddy subscribers) and information concerning subscribers and their use of Microsoft services, such as account access information, email transaction information, and account application information.  In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

5.      Additionally, the facts as set forth in this affidavit show there is probable cause to believe that violations of Conspiracy to Commit Health Care and Wire Fraud in violation of 18 U.S.C. § 1349, and Fraud by Wire in violation of 18 U.S.C. § 1343 (collectively referred to as the "TARGET OFFENSES") have been committed by Michelle PEEBLES, Akbar MASOOD, and Harriet JACKSON, further described in email accounts in Attachment A. There is also probable cause to search the information described in Attachment A for evidence of these crimes further described in Attachment B.

## JURISDICTION

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

**PROBABLE CAUSE**

7.      On 17 December 2013, the U.S. Army, Northern Region Contract Office, Fort Belvoir, VA, awarded Infused Solutions LLC ("Infused"), 22636 Davis Drive, Suite 600, Sterling, VA 20164, a professional service contract with Walter Reed National Military Medical Center ("WRNMMC"), Bethesda, MD, initially valued at approximately $6.7M with a contract renewal awarded to Infused in December 2016.  Specifically, contract number W91YTZ-14-D-M111 ("M111") was established to review, validate, and ensure "patients' encounters" medical codes were input accurately into Walter Reed's medical database."  Infused was awarded the contract as the prime contractor and was compensated based on the number of patient encounters reviewed and input into the WRNMMC system. The case was initiated when Army CID received a complaint from a co-owner of Infused, Marlon JOHNSON, regarding claims identified of fraudulent representations resulting in the billing for services not rendered on M111.

8.      Specifically, JOHNSON identified an agreement between Akbar MASOOD, Infused co-owner, and a subcontractor company named HMA Solutions LLC ("HMA"), 6412 Auburn Avenue, Riverdale, MD, to assist in providing medical coding and auditing support on M111.  JOHNSON stated the agreement with HMA was not approved by all Infused owners as their operating agreement required.  When JOHNSON confronted MASOOD about the relationship with HMA, MASOOD told JOHNSON that a "Government official had recommended HMA to assist Infused with the coding work."  The Government official whom MASOOD named at WRNMMC, was later interviewed, during which that employee denied recommending a company to MASOOD or having even heard of a company named HMA.  On 23 January 2017, and 4 April 2017, fraudulent consulting/teaming agreements were created between Infused, (MASOOD), and Renee CONNOR ("CONNOR") of HMA. During the course

4

of the investigation, it was determined CONNOR was a real person and prior co-worker of

JACKSON's in the coding profession, but not involved at all with HMA. CONNOR was

interviewed on 7 February 2020, and stated she had never heard of a company named HMA and

further denied having any knowledge of such agreement nor had she ever signed any such

agreement. On 6 April 2017, an email was sent from renee@hmasolutionsllc.com claiming the

hiring of two individuals, Alibe ROBERTSON and Elaine ROBINSON. Both ROBERTSON

and ROBINSON were interviewed and stated they were never employees nor received payment

from HMA.

     9.     Marlon JOHNSON believed that MASOOD established HMA with PEEBLES

and JACKSON solely for the purpose of submitting fraudulent invoices.  According to the U.S.

Government's Contracting Officer Representative ("COR"), the Government had no knowledge

of HMA supporting contract M111 as a subcontractor.

     10.     In addition to the establishment of HMA and billing the Government, PEEBLES,

MASOOD, and JACKSON hired additional employees under Infused for submitting fraudulent

invoices to the Government. The individuals were not certified medical coders/auditors;

however, each of them submitted invoices by email on a monthly basis. They also submitted a

consulting agreement with Infused. Collectively, they billed the Government over $1 million for

work they did not complete. In the subpoena response from American Academy of Professional

Coders ("AAPC") and American Health Information Management Association ("AHIMA")

there were no accounts for those individuals. Additionally, all coders require a security

background check and fingerprinting in order to obtain a Common Access Card ("CAC").  The

CAC, or smartcard, was required to access the WRNMMC online system and numerous online

medical databases used within the Department of Defense. PEEBLES was the only individual who possessed a CAC.

11.     On 17 March 2022, a grand jury in this District returned an Indictment charging MASOOD, JACKSON, PEEBLES, amongst others, with Conspiracy to Commit Health Care and Wire Fraud in violation of 18 U.S.C. 1349; multiple counts of wire fraud in violation of 18 U.S.C. § 1343; MASOOD, JACKSON and PEEBLES with Aggravated Identity Theft in violation of 18 U.S.C. § 1028A; and Conflict of Interest by a Government Employee in violation of 18 U.S.C. § 208.  This affidavit is submitted in support of a warrant that seeks to collect additional evidence in the form of emails between members of this charged conspiracy as well as those of additional potential defendants.

12.     On 16 December 2016, PEEBLES established a GoDaddy account in order to create an HMA Solutions website: hmasolutionsllc.com.

**Shopper Info for Shopper ID 143911198**

| | |
|---|---|
| Shopper ID: | 143911198 |
| Private Label ID: | 1 |
| Login Name: | peeblesm32@yahoo.com |
| First Name: | Michelle |
| Last Name: | Peebles |
| Company: | |
| Address1: | 6412 Auburn Avenue |
| Address2: | |
| City: | Riverdale |
| State/Prov: | MD |
| Postal Code: | 20737 |
| Country: | us |
| Phone Work: | +1.7039437546 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | peeblesm32@yahoo.com |
| Date Created: | 12/16/2016 9:41|27 AM |
| Last Changed By Date: | 6/17/2020 6:52:31 PM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

**Domain List - All for Shopper ID 143911198**

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| hmasolutionsllc.com | 0 Active | 12/16/2016 | 12/16/2022 | 1065864326 |

According to the subpoena response by GoDaddy, the email accounts
accounting@hmasolutionsllc.com, michelle@hmasolutionsllc.com,
sal@hmasolutionsllc.com, tiffany@hmasolutionsllc.com, harriet@hmasolutionsllc.com,
renee@hmasolutionsllc.com were established on 7 February 2017 by PEEBLES. The
account of harriet@hmasolutionsllc.com was established on 7 February 2017 and
removed on 3 August 2017. The account of tiffany@hmasolutionsllc.com was
established on 3 August 2017 and removed on 5 March 2021. All email accounts had the
description of Microsoft 365 Email Essentials from GoDaddy. According to an interview
with PEEBLES, the @hmasolutionsllc.com were accessible and operated by MASOOD
and PEEBLES and PEEBLES related that all @hmasolutionsllc.com email accounts were
used exclusively in furtherance of the scheme to deceive and some accounts were merely
set up as place-holders to make it appear that HMA had actual employees. Although the
accounts were marked as "deleted" in 2021 by PEEBLES, in my training and experience
I have learned, even if the subscriber deletes the email it may continue to be available on
Microsoft servers for a certain period of time. Also, a preservation letter was sent to
Microsoft on 4 May 2023 for the HMA email accounts.

7

## Account Details for AccountID: 10741015

| | |
|---|---|
| Account Status: | Deleted |
| Orion Account Status: | removed |
| Country Code for Billing: | us |
| Created Date (UTC): | 2/7/2017 9:17:11 PM |
| Last Modified Date (UTC): | 3/5/2021 8:17:42 PM |
| Subscription: | EE |
| Description: | Microsoft 365 Email Essentials From GoDaddy |

### Mailboxes for AccountID: 10741015

| Email Address | Mailbox Status | Display Name | First/Last Name | Country Code | Create Date (UTC) | Last Modified Date (UTC) |
|---|---|---|---|---|---|---|
| accounting@hmasolutionsllc.com | delete | HMA Accounting | HMA Accounting | USA | 2/7/2017 9:20:40 PM | 3/5/2021 8:15:02 PM |

## Office365 ShopperId 143911198

### SSO Logins for ShopperId: 143911198

No SSO Logins for ShopperId: 143911198

### Account Details for AccountID: 10741013

| | |
|---|---|
| Account Status: | Deleted |
| Orion Account Status: | removed |
| Country Code for Billing: | us |
| Created Date (UTC): | 2/7/2017 9:17:11 PM |
| Last Modified Date (UTC): | 3/5/2021 8:17:51 PM |
| Subscription: | EE |
| Description: | Microsoft 365 Email Essentials From GoDaddy |

### Mailboxes for AccountID: 10741013

| Email Address | Mailbox Status | Display Name | First/Last Name | Country Code | Create Date (UTC) | Last Modified Date (UTC) |
|---|---|---|---|---|---|---|
| michelle@hmasolutionsllc.com | delete | Michelle Peebles | Michelle Peebles | USA | 2/7/2017 9:19:04 PM | 3/5/2021 8:15:20 PM |

## Account Details for AccountID: 10741017

| | |
|---|---|
| Account Status: | Deleted |
| Orion Account Status: | removed |
| Country Code for Billing: | us |
| Created Date (UTC): | 2/7/2017 9:17:11 PM |
| Last Modified Date (UTC): | 3/5/2021 8:16:23 PM |
| Subscription: | EE |
| Description: | Microsoft 365 Email Essentials From GoDaddy |

CONFIDENTIAL

GD 000054

8

### Office365 ShopperId 143911198

### Mailboxes for AccountID: 10741017

| Email Address | Mailbox Status | Display Name | First/Last Name | Country Code | Create Date (UTC) | Last Modified Date (UTC) |
|---|---|---|---|---|---|---|
| sal@hmasolutionsllc.com | delete | Sal O'Donnell | Sal O'Donnell | USA | 2/7/2017 9:21:51 PM | 3/5/2021 8:15:17 PM |

### Account Details for AccountID: 10741019

| | |
|---|---|
| Account Status: | Deleted |
| Orion Account Status: | removed |
| Country Code for Billing: | us |
| Created Date (UTC): | 2/7/2017 9:17:11 PM |
| Last Modified Date (UTC): | 3/5/2021 8:18:29 PM |
| Subscription: | EE |
| Description: | Microsoft 365 Email Essentials From GoDaddy |

### Mailboxes for AccountID: 10741019

| Email Address | Mailbox Status | Display Name | First/Last Name | Country Code | Create Date (UTC) | Last Modified Date (UTC) |
|---|---|---|---|---|---|---|
| harriett@hmasolutionsllc.com | delete | Harriett Jackson | Harriett Jackson | USA | 2/7/2017 9:24:40 PM | 8/3/2017 7:00:10 PM |
| tiffany@hmasolutionsllc.com | delete | Tiffany Jackson | Tiffany Jackson | USA | 8/3/2017 7:12:34 PM | 3/5/2021 8:15:03 PM |

### Account Details for AccountID: 10741021

| | |
|---|---|
| Account Status: | Deleted |
| Orion Account Status: | removed |
| Country Code for Billing: | us |
| Created Date (UTC): | 2/7/2017 9:17:12 PM |
| Last Modified Date (UTC): | 3/5/2021 8:17:12 PM |
| Subscription: | EE |
| Description: | Microsoft 365 Email Essentials From GoDaddy |

### Mailboxes for AccountID: 10741021

| Email Address | Mailbox Status | Display Name | First/Last Name | Country Code | Create Date (UTC) | Last Modified Date (UTC) |
|---|---|---|---|---|---|---|
| renee@hmasolutionsllc.com | delete | Renee Connor | Renee Connor | USA | 2/7/2017 9:25:15 PM | 3/5/2021 8:15:05 PM |

**Legal Receipt for Shopper ID 143911198**

| | |
|---|---|
| Shopper ID: | 143911198 |
| Receipt ID: | 1088530405 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 2/7/2017 2:17:10 PM |
| Source Code: | ??? |

**Shipping Information**

Michelle Peebles
6412 Auburn Avenue
Riverdale, MD 20737 us
Daytime Phone: +1.7039437546
peeblesm32@yahoo.com

**Billing Information**

Michelle Peebles

6412 Auburn Avenue
Riverdale, MD 20737 us
Daytime Phone: +1.7039437546
peeblesm32@yahoo.com

| | |
|---|---|
| IP: | 50.199.31.138.::50.199.31.138 |

**Transaction Occurred as: United States Dollar (USD)**
*Payments 1: $418.80*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | W |
| Name: | Akbar Masood |
| Creditcard Number: | ████████05009 |
| Creditcard Information: | AMEX Exp. 7/2019 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

13.     On 5 November 20, Mr. Salvator O'Donnell was interviewed wherein he identified himself as assisting MASOOD at Infused and Case Healthcare Solutions (another business venture of MASOOD and JACKSON's) with proposals for Government contracts, proposal management, and business development. O'Donnell stated that, while they were both employees of Infused, MASOOD instructed him to set up the HMA email accounts through GoDaddy, the company logo, and website placeholder of HMA Solutions. O'Donnel believed the placeholder website stated, "website coming soon" with an HMA logo. He stated he understood the leadership of HMA was MASOOD, JACKSON, and PEEBLES. Under PEEBLES' GoDaddy account, the credit card used for the purchase of the @hmasolutions emails (Rows 1-5 below) was an American Express ending in *******5009, belonging to MASOOD.

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 867694-1 | Email Essentials - 2 Years<br>Length: 2 Year(s)<br>Domain:<br>This is a service item. | $119.76 | $83.76 | $0.00 | 1 | $0.00 | $83.76 |
| 2 | 867694-1 | Email Essentials - 2 Years<br>Length: 2 Year(s)<br>Domain:<br>This is a service item. | $119.76 | $83.76 | $0.00 | 1 | $0.00 | $83.76 |
| 3 | 867694-1 | Email Essentials - 2 Years<br>Length: 2 Year(s)<br>Domain:<br>This is a service item. | $119.76 | $83.76 | $0.00 | 1 | $0.00 | $83.76 |
| 4 | 867694-1 | Email Essentials - 2 Years<br>Length: 2 Year(s)<br>Domain:<br>This is a service item. | $119.76 | $83.76 | $0.00 | 1 | $0.00 | $83.76 |

## Legal Receipt for Shopper ID 143911198

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 5 | 867694-1 | Email Essentials - 2 Years<br>Length: 2 Year(s)<br>Domain:<br>This is a service item. | $119.76 | $83.76 | $0.00 | 1 | $0.00 | $83.76 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $418.80 | $0.00 | $0.00 | $418.80 |

14.      On 6 April 22, PEEBLES admitted to using the accounting@hmasolutionsllc.com email address and that she typically signed the emails as "Matthew Young." PEEBLES later confirmed that was a fictitious name. Invoices were submitted from HMA to Infused Solutions, specifically Kristine GILLESPIE (kgillespie@infusedsolutions.com). PEEBLES further admitted that MASOOD was responsible for creating the accounting@hmasolutionsllc.com. During an interview on 6 April 2022, PEEBLES admitted that she was the owner of HMA, but did not know who the employees of HMA were. During a follow-up interview with PEEBLES on 21 Jul 2023, she indicated there were no full-time employees of HMA but a few independent contractors (1099s). She also stated CONNOR was a fake name she and MASOOD used. PEEBLES was unsure what, if any, payments were made to any employees, however, PEEBLES recalled receiving one specifically in the amount of $150,000 in August 2017.

15.      On 5 February 18, PEEBLES via accounting@hmasolutionsllc.com submitted an invoice to the office assistant at Infused, GILLESPIE for January 2018 performance.

On Mon, Feb 5, 2018 at 4:52 PM, HMA Accounting <accounting@hmasolutionsllc.com> wrote:

Good Afternoon:

Please find attached out invoice for January performance.

Have a great day.

Thank you,

Matthew



GILLESPIE requested PEEBLES approve the very invoice she had submitted under the

accounting@hmasolutionsllc.com identity. GILLESPIE was unaware the HMA invoice was

fake.

> On Feb 6, 2018, at 7:09 AM, Kristine Gillespie <kgillespie@infusedsolutions.com> wrote:
>
> Hi Michelle,
>
> Can you please verify the HMA encounters?

A short time later PEEBLES responded "Approved" from her Infused email account.

GILLESPIE then submitted the invoice to the Government for payment, and Infused ultimately

paid HMA for work they claimed but never completed.

| Record 66 | |
|---|---|
| To | Kristine Gillespie <kgillespie@infusedsolutions.com> |
| From | Michelle Peebles <mpeebles@infusedsolutions.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 2/6/2018 12:44:05 PM |
| Subject | Re: January Invoice |
| Body | Approved |

In my training and experience, disguising one's identity or using a false name is a typical tactic used in fraud schemes. In this case, these fraudulent submissions of invoices took place over an extended period of time, from 2017-2019, and resulted in payments of approximately $1.6 million to HMA.

### BACKGROUND CONCERNING MICROSOFT[1]

16.     I have learned Microsoft is an American multinational technology corporation headquartered in Redmond, Washington that provides a variety of on-line services, including electronic mail ("email") access, to the public. Microsoft Corporation allows subscribers to obtain email accounts listed in Attachment A. In general, an email is sent to a Microsoft Corporation subscriber is stored in the subscriber's "mail box" on Microsoft servers until the subscriber deletes the email. Even if the subscriber deletes the email, it may continue to be available on Microsoft servers for a certain period of time.

17.     Subscribers obtain an account by registering with Microsoft, or in this case, with a third-party application like GoDaddy. During the registration process, Microsoft asks subscribers to provide basic personal information. Therefore, the computers of Microsoft are likely to contain stored electronic communications (including retrieved and unretrieved email for

Microsoft subscribers) and information concerning subscribers and their use of Microsoft services, such as account access information, email transaction information, and account application information.  In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

18.     A Microsoft Corporation subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy list, calendar data, pictures (other than one attached to emails), and other files, on servers maintained and/or owned by Microsoft. In my training and experience, evidence of who was using an email account may be found in the address books, contact or buddy lists, email in the account, and attachments to email, including pictures and files.

19.     In have learned that email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers, and other identifiers, alternative email addresses and for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

20.     In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., sessions) times and durations, the types of services utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect the

15

account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

21.     In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquires, or complaints from other users. Email providers typically retain records about such communications, including records of contracts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. Such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

## **CONCLUSION**

22.     Based on the forgoing, I request that the Court issue the proposed search warrant. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on Microsoft Corporation.  Because the warrant will be served on Microsoft, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

_____
KIMREY.JOSHUA.TYLER.1404520535    Digitally signed by KIMREY.JOSHUA.TYLER.1404520535
                                  Date: 2023.09.08 07:59:54 -04'00'

Joshua T. Kimrey
Special Agent
U.S. Army CID


Affidavit submitted by email and attested to me as true and accurate by telephone consistent with

Fed. R. Crim. P. 4.1 and 41(d)(3) this 11th day of September 2023.

_____
The Honorable Ajmel A. Quereshi
United States Magistrate Judge

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with accounting@hmasolutionsllc.com, michelle@hmasolutionsllc.com, sal@hmasolutionsllc.com, harriet@hmasolutionsllc.com, tiffany@hmasolutionsllc.com, renee@hmasolutionsllc.com,  ("the Accounts") that are stored at premises owned, maintained, controlled, or operated by Microsoft Corporation a company headquartered at One Microsoft Way, Redmond, WA 98052.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.      Information to be disclosed by Microsoft Corporation ("Microsoft")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Microsoft, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Microsoft, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on 4 May 2023 with the Microsoft Reference Number LNS-345770-X3P2M1, Microsoft is required to disclose to the government for each account or identifier listed in Attachment A the following information from **1 Jan 2017** to **Present**, unless otherwise indicated:

a.      All business records and subscriber information, in any form kept, pertaining to the Account, including:

1.      All emails and stored communications exchanged between the email accounts listed within Attachment A

2.      Names (including subscriber names, user names, and screen names);

3.      Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

4.      Telephone numbers, including SMS recovery and alternate sign-in numbers;

5.      Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

6.      Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, and alternate sign-in numbers

7.      Length of service (including start date and creation IP) and types of service utilized;

       8.      Means and source of payment (including any credit card or bank account number); and

       9.      Change history.

  b.    All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

  c.    Records of user activity for each connection made to or from the Account(s), including, for all Microsoft services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Microsoft service, and all activity logs

Microsoft is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.    Information to be seized by the government.

All information described above in Section I that constitutes evidence of violations of Conspiracy to Commit Health Care and Wire Fraud in violation of 18 U.S.C. § 1349, and Fraud by Wire in violation of 18 U.S.C. § 1343 (collectively referred to as the "TARGET OFFENSES") have been committed by JACKSON, MASOOD, PEEBLES, amongst others, occurring after December 2016 including, for each Account or identifier listed on Attachment A, information pertaining to the following matters:

  a.    Specific descriptions of the records: "stored communications of all accounts depicted within Attachment A.

  b.    Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

  c.    Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

  d.    The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

With respect to the search of the information provided pursuant to this warrant, law enforcement personnel will make reasonable efforts to use methods and procedures that will locate and expose those categories of files, documents, communications, or other electronically stored information that are identified with particularity in the warrant while minimizing the review of information not within the list of items to be seized as set forth herein, to the extent reasonably practicable.  If the government identifies any seized communications that may implicate the attorney-client privilege, law enforcement personnel will discontinue its review and take appropriate steps to segregate all potentially privileged information so as to protect it from substantive review.  The investigative team will take no further steps regarding any review of information so segregated absent further order of the court.   The investigative team may continue to review any information not segregated as potentially privileged.

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC<br>RECORDS PURSUANT TO FEDERAL RULES OF<br>EVIDENCE 902(11) AND 902(13)</u>

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by Microsoft Corporation ("Microsoft"), and my title is _____.   I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of Microsoft.  The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**.  I further state that:

a.       all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Microsoft, and they were made by Microsoft as a regular practice; and

b.       such records were generated by Microsoft's electronic process or system that produces an accurate result, to wit:

1.       the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Microsoft in a manner to ensure that they are true duplicates of the original records; and

2.       the process or system is regularly verified by Microsoft, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____     _____
Date                                Signature